**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ANDREW DUNN,

     Petitioner,

v.                                   Case No. 1:26-cv-24253-RKA

PJ CHEESE, INC.,

     Respondent.

_____/

### JOINT MOTION FOR ORDER ESTABLISHING BRIEFING SCHEDULE AND FOR LEAVE TO FILE BRIEFS EXCEEDING THE PAGE LIMITS

Respondent/Counter-Petitioner, PJ Cheese, Inc. ("PJ Cheese") and Petitioner/Counter-Respondent, Andrew Dunn ("Dunn"), file this Joint Motion for Order Establishing Briefing Schedule and for Leave to File Briefs Exceeding the Page Limits, (collectively, "Joint Motion"), and, as grounds, state as follows:

Dunn has filed a Petition to Confirm the Arbitration Award, and PJ Cheese has filed a Counter-Petition to Vacate or Correct the Arbitration Award (collectively, "Petitions"). The parties have agreed to the following briefing schedule and terms:

| | | |
|---|---|---|
| Deadline for Petitioner's Brief (Motion to Confirm Arbitration Award) | **August 6, 2026** | 30 total pages |
| Deadline for Respondent's Brief (Combined Response to Petitioner's Motion to Confirm Arbitration Award/Motion to Vacate, Modify, and/or Correct Arbitration Award) | **August 28, 2026** | 30 total pages |
| Deadline for Petitioner's Brief (Combined Response to Respondent's Motion to Vacate, Modify and/or Correct Arbitration Award/Reply to Respondent's Response) | **September 21, 2026** | 30 total pages |

1

| Deadline for Respondent's Brief (Reply to Petitioner's Response) | **October 13, 2026** | 30 total pages |
|---|---|---|

As indicated above, the parties respectfully seek to exceed the page limits set forth in the Local Rules.  Due to the number of issues to be briefed by the parties, the combination of multiple briefs into single documents, and the dispositive nature of the relief requested, the parties believe that the enlargement of the page limit is appropriate.

**WHEREFORE**, PJ Cheese and Dunn respectfully request that this Court enter an order granting this Joint Motion, granting leave to exceed the page limits and adopting the parties' briefing schedule.

Dated:  July 15, 2026

Respectfully submitted,

/s/ Joseph C. Wood                              /s/ Robert Clayton Roesch
Joseph C. Wood, Esq.                           Robert Clayton Roesch
Florida Bar No. 93839                          Florida Bar No. 13931
Arcadier, Biggie & Wood, PLLC                  SHUFFIELD, LOWMAN & WILSON, P.A.
2815 W. New Haven, Suite 304                   1000 Legion Place, Suite 1700
Melbourne, FL  32904                           Orlando, FL 32801
Telephone:  (321) 953-5998                     Telephone:  (407) 581-9800
Fax:  (321) 953-6075                           Fax:  (407) 581-9801
office@ABWlegal.com                            croesch@shuffieldlowman.com
wood@ABWlegal.com                              litservice@shuffieldlowman.com
*LEAD Counsel for Dunn*                         *Attorneys for PJ Cheese*

**CERTIFICATE OF CONFERRAL**

Counsel for both parties certify that we have conferred with the opposing party, and the parties agree on the resolution of all of the relief requested in this Joint Motion.

2

3

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of

the Court by using the CM/ECF system which automatically sends a Notice of Electronic Filing

to all attorneys of record, including:

Joseph C. Wood, Esq.
Arcadier, Biggie & Wood, PLLC
2815 W. New Haven, Suite 304
Melbourne, FL  32904
office@ABWlegal.com
wood@ABWlegal.com

> _/s/ Robert Clayton Roesch_
> Robert Clayton Roesch