**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ANDREW DUNN,

     Petitioner,

v.                                                              Case No. 1:26-cv-24253-RKA

PJ CHEESE, INC.,

     Respondent.

_____/

## JOINT MOTION FOR EXEMPTION [D.E. 5]

The Parties, by and through the undersigned, and pursuant to this Court's July 9, 2026, Order [D.E. 5] hereby file this Joint Motion For Exemption and notify the Court that this action was brought to confirm an arbitration award and therefore respectfully seek exemption from the requirement under Local Rule 16.1 to file a joint scheduling report, and further note that an action to enforce an arbitration award is specifically exempted pursuant to Local Rule 16.1(b)(5) and Federal Rule of Civil Procedure 26(a)(1)(B)(ix). Contemporaneous with the filing of this Notice, the Parties have filed a Joint Motion for Briefing Schedule and Expansion of Page Limits in this matter.

     Dated:  July 15, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph C. Wood, Esq.* | */s/ Robert Clayton Roesch, Esq.* |
| Joseph C. Wood, Esq. | Robert Clayton Roesch |
| Florida Bar No. 93839 | Florida Bar No. 13931 |
| Arcadier, Biggie & Wood, PLLC | SHUFFIELD, LOWMAN & WILSON, P.A. |
| 2815 W. New Haven, Suite 304 | |
| Melbourne, FL  32904 | 1000 Legion Place, Suite 1700 |
| Telephone:  (321) 953-5998 | Orlando, FL 32801 |
| Fax:  (321) 953-6075 | Telephone:  (407) 581-9800 |
| office@ABWlegal.com | Fax:  (407) 581-9801 |
| wood@ABWlegal.com | croesch@shuffieldlowman.com |
| *LEAD Counsel for Andrew Dunn* | litservice@shuffieldlowman.com |
| | *Attorneys for PJ Cheese, Inc.* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically sends a Notice of Electronic Filing to all attorneys of record.

ARCADIER, BIGGIE, AND WOOD, PLLC.

*/s/ Joseph C. Wood, Esquire*
Joseph C. Wood, Esquire
Florida Bar No.: 0093839
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: office@ABWlegal.com
Secondary Email: wood@ABWlegal.com
Phone: (321) 953-5998
Fax: (321) 953-6075
*Attorney For Claimant Andrew Dunn*

2