**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ANDREW DUNN,

      Petitioner,

v.                                                            Case No. 1:26-cv-24253-RKA

PJ CHEESE, INC.,

      Respondent.

_____/

## RESPONDENT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Respondent/Counter-Petitioner, PJ Cheese, Inc. ("PJ Cheese"), files this Certificate of Interested Parties and Corporate Disclosure Statement under rule 7.1 of the Federal Rules of Civil Procedure and pursuant to the Court's Order dated July 9, 2026, and states as follows:

1. PJ Cheese, Inc. is a wholly owned subsidiary of PJ United, Inc.

2. PJ Cheese does not know of any other entity or natural person — not a party or counsel of record — with an interest that the action's outcome might substantially affect.

3. PJ Cheese is an Alabama corporation that maintains its principal place of business in Birmingham, Alabama.

Dated: July 15, 2026

                         Respectfully submitted,

                         */s/ Robert Clayton Roesch*
                         Robert Clayton Roesch
                         Florida Bar No. 13931
                         SHUFFIELD, LOWMAN & WILSON, P.A.
                         1000 Legion Place, Suite 1700
                         Orlando, FL 32801
                         Telephone:  (407) 581-9800
                         Fax:  (407) 581-9801

1

croesch@shuffieldlowman.com
Attorneys for Defendant
PJ Cheese, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via

ECF to all counsel of record in this action.

/s/ Robert Clayton Roesch
Robert Clayton Roesch
Florida Bar No. 13931
SHUFFIELD, LOWMAN & WILSON, P.A.
1000 Legion Place, Suite 1700
Orlando, FL 32801
Telephone:  (407) 581-9800
Fax:  (407) 581-9801
croesch@shuffieldlowman.com
Attorneys for Defendant
PJ Cheese, Inc.

2