**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ANDREW DUNN,

     Petitioner,

v.                                    Case No. 1:26-cv-24253-RKA

PJ CHEESE, INC.,

     Respondent.

_____/

## PLAINTIFF'S DISCLOSURES PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff identifies the following persons, not parties or counsel of record, with an interest the action's outcome might substantially affect.

Jeremiah Frei-Pearson
Finkelstein, Blankinship, Frei-Pearson & Garber, LLP
One North Broadway, Suite 900
White Plains, NY  10601
(914) 298-3281
jfrei-pearson@fbfglaw.com

Mark Potashnick
Weinhaus & Potashnick
11500 Olive Blvd., Suite 133
St. Louis, MO  63141
(314) 997-9150 ext. 2.
markp@wp-attorneys.com

**ARCADIER, BIGGIE, AND WOOD, PLLC.**

*/s/ Joseph C. Wood, Esquire*
Joseph C. Wood, Fla. Bar No.: 0093839
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: office@ABWlegal.com
Secondary Email: wood@ABWlegal.com
Phone: (321) 953-5998
Fax: (321) 953-6075
Counsel for Plaintiff

1